THE PEOPLE ex rel. THE CHURCH OF THE HOLY COMMUNION, Appellant, *v.* THE ASSESSORS OF TAXES OF THE TOWN OF GREENBURGH, Respondent.

The act of 1880 (Chap. 269, Laws of 1880), providing for the review of assessments by *certiorari*, regulates that subject and renders inapplicable to such case the provision of the Code of Civil Procedure (§ 2120 *et seq.*), in reference to the writ of *certiorari*.

(Argued June 22, 1887; decided July 1, 1887.)

THIS was a proceeding under the Code of Civil Procedure (Chap. 16, art. 7), to review the action of the defendant in assessing the property of the relator.

The following is the *mem.* of opinion.

"*Per Curiam.* We are of opinion that the act of 1880 (Chap. 269), regulates the review of assessments in towns, cities and villages by *certiorari*, and renders inapplicable to such cases the general provisions of the Code which were invoked by the petitioner.

"The order of the General Term was, therefore, right, and should be affirmed, with costs."

*John B. Pine* for appellant.

*M. G. Hart* for respondent.

*Per Curiam mem.* for affirmance.
All concur.
Order affirmed.

---

THE NEW YORK LIFE INSURANCE AND TRUST COMPANY, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK et al., Respondents.

(Argued June 22, 1887; decided July 1, 1887.)

*R. J. Emmet* for appellant.

*D. J. Dean* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.